# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| D. SCOTT BURTON, | ) |
| MICHAEL J. WILKINSON, | ) |
| DWIGHT A. PERRY, | ) |
| TERRY W. HENDERSON, JR., | ) |
| and ROLAND W. RILEY. | ) |

## MOTION TO SEAL INDICTMENT

COMES NOW the United States of America, by and through its counsel, Joyce White Vance, United States Attorney for the Northern District of Alabama, and Amanda S. Wick, Assistant United States Attorney, and moves the Court to Seal the Indictment returned by the grand jury in the above-styled case for the reasons stated herein:

(1) The undersigned has requested that a warrant be issued for the arrest(s) of the above named defendant(s).

(2) To ensure "officer safety" it is requested that this indictment remain "under seal" until such time as the arrest has been made of the named defendant(s).

(3) In order to secure the arrest of the named defendant(s), it is the specific request of the Government, that this Court authorize the United States Marshal

Service to provide to the investigating agency sufficient documentation necessary to secure the arrest of the named defendant(s) listed above.

WHEREFORE, the Government moves this Court to:

(1) Seal the Indictment returned against the named defendant(s), and

(2) Authorize the United States Marshal Service to provide forthwith such documentation necessary to the investigating agency to affect and secure the arrest of the defendant(s) listed herein.

(3) Authorize the investigating agency that obtained the arrest warrant to enter the arrest warrant into NCIC if they choose, or if the investigating agency delegates apprehension authority to the United States Marshals Service, for the United States Marshals Service to be allowed to enter the arrest warrant into NCIC for purposes of apprehension of the defendant(s) listed herein.

Respectfully, submitted this the 22nd day of September, 2014.

JOYCE WHITE VANCE
United States Attorney


/s/ Amanda S. Wick
Amanda S. Wick
Assistant United States Attorney