FILED
2014 SEP 26 A
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 2:14-CR-300-VEH-SGC |
| v. ) | |
| ) | Granted |
| D. SCOTT BURTON, ) | |
| MICHAEL J. WILKINSON, ) | *[signature]* 9/26/14 |
| DWIGHT A. PERRY, ) | |
| TERRY W. HENDERSON, JR., ) | |
| and ROLAND W. RILEY. ) | |

## MOTION TO SEAL INDICTMENT

COMES NOW the United States of America, by and through its counsel, Joyce White Vance, United States Attorney for the Northern District of Alabama, and Amanda S. Wick, Assistant United States Attorney, and moves the Court to Seal the Indictment returned by the grand jury in the above-styled case for the reasons stated herein:

(1) The undersigned has requested that a warrant be issued for the arrest(s) of the above named defendant(s).

(2) To ensure "officer safety" it is requested that this indictment remain "under seal" until such time as the arrest has been made of the named defendant(s).

(3) In order to secure the arrest of the named defendant(s), it is the specific request of the Government, that this Court authorize the United States Marshal