# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | **Case No.: 2:14-CR-300-VEH-SGC** |
| ) | |
| **D. SCOTT BURTON (1),** ) | |
| **MICHAEL J. WILKINSON (2),** ) | |
| **DWIGHT A. PERRY (3),** ) | |
| **TERRY W. HENDERSON (4) and** ) | |
| **ROLAND W. RILEY (5),** ) | |
| ) | |
| **Defendants.** | |

## ORDER

Before the court is the motion to set restitution and forfeiture hearings filed by the Assistant United States Attorney, doc. 92. In order to use the court's time more efficiently, the court will postpone the sentencing hearings of ALL the defendants until the Assistant United States Attorney can resolve all restitution and forfeiture aspects of each defendant. The following sentencing hearings are **HEREBY CANCELLED** and **CONTINUED GENERALLY:** D. Scott Burton (1), on Wednesday, June 17, 2015, at 1:30 p.m. in Birmingham, Alabama; Roland W. Riley (5), on Wednesday, June 17, 2015, at 3:00 p.m. in Birmingham, Alabama; Dwight A. Perry (3), on Thursday, June 18, 2015, at 1:30 p.m. in Birmingham, Alabama; Terry W. Henderson, Jr. (4) , on Thursday, June 18, 2015, at 3:00 p.m. in Birmingham, Alabama; and Michael J. Wilkinson (2), on Tuesday, June 30, 2015,

at 10:00 a.m. in Birmingham, Alabama.

The Assistant United States Attorney shall contact the courtroom deputy for the undersigned when necessary information is received. The Motion, doc. 92, is DENIED AS MOOT.

**DONE** and **ORDERED** this the 12th day of June, 2015.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge